FILED

JUL 23 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:25 CR 370 |
| v. | ) | Title 18, Sections 922(g)(1), |
| DONTEZ HAYES, | ) | 924(a)(8), United States Code |
| | ) | JUDGE FLEMING |
| Defendant. | ) | |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(8))

The Grand Jury charges:

1. On or about August 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant DONTEZ HAYES, knowing that he had been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault, Improperly Discharging a Firearm at Habitation or School, and Having Weapons Under Disability, in case number CR-09-528835, in the Cuyahoga County Common Pleas Court, on or about January 25, 2010, did knowingly possess ammunition and a firearm, to wit: a loaded Taurus G2c, 40 caliber handgun, bearing the serial number AEG487867, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation of Count 1 is

incorporated herein by reference. As a result of the foregoing offense, Defendant DONTEZ HAYES shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following: a Taurus G2c, 40 caliber handgun, bearing the serial number AEG487867.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.